**Daniel L. Duyck, OSB #972529**
E-mail: dduyck@whippleduyck.com
Whipple & Duyck, P.C.
1500 SW First Ave., Suite 1170
Portland, OR 97201
Telephone (503) 222-6191
Facsimile (503) 222-6029

**Attorneys for Defendant Westlake Flooring Company, LLC dba Westlake Financial Services.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TOWER INSURANCE COMPANY OF NEW YORK**, a New York corporation, | Case No.: 3:14-cv-00975-MO |
| **Plaintiff**, | **DEFENDANT WESTLAKE FLOORING COMPANY, LLC DBA WESTLAKE FINANCIAL SERVICES' ANSWER, COUNTERCLAIM, AND CROSSCLAIMS** |
| v. | |
| **ROSE CITY AUTO GROUP, LLC**, an Oregon limited liability company; **LEONARD M. SHILEY**, an individual; **THERESA BYLE**, an individual; **LOGAN DRIEDRIC**, an individual; **JOANNA STONER**, an individual; **STEPHEN STONER**, an individual; **LOVE MARTINO**, an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILLBERT**, an individual; **TINA HARRAL**, an individual; **ROY WIEGAND**, an individual; **NATHAN LANGER**, an individual; **KAREN BERSINE**, an individual; **MELISSA STEVENS**, an individual; **TONY EDWARDS**, an individual; **DEBBIE RECKTANGLE**, an individual; **RODNEY JENKINS**, an individual; **STEPHEN SCHANTIN**, an individual; **BRITTANY LAWRENCE**, an individual; **MATT REED**, an individual; **SHERIAL** | |

Page 1    DEFENDANT WESTLAKE FLOORING COMPANY, LLC DBA WESTLAKE FINANCIAL SERVICES' ANSWER, COUNTERCLAIM, AND CROSSCLAIMS

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191

**REED**, an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT**, an individual; **BOBBY HEAGLE**, an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS**, an individual; **OREGON COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **TWINSTAR CREDIT UNION**, a Washington nonprofit corporation; **LOBEL FINANCIAL CORPORATION**, a California corporation; **THE EQUITABLE FINANCE COMPANY**, an Oregon corporation; **UNITUS COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **WESTLAKE FLOORING COMPANY LLC, DBA WESTLAKE FLOORING SERVICES**, a California limited liability company; and **DOES** 1-30,

       **Defendants**.

Defendant Westlake Flooring Company, LLC dba Westlake Financial Services ("Westlake"), in response to plaintiff's Complaint, admits, denies, and alleges as follows:

1.

Westlake admits the allegations contained in paragraph 1 of the Complaint.

2.

Westlake admits the allegations contained in paragraph 2 of the Complaint.

3.

With respect to paragraph 3 of the Complaint, Westlake admits that it is a California limited liability company.   Westlake is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 3 of the Complaint and, therefore, denies the same.

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191

4.

With respect to paragraph 4 of the Complaint, Westlake admits the allegations found in subparagraphs 4.1 and 4.2.  Westlake further admits that is has asserted a claim against the bond.  Westlake is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 4 of the Complaint and, therefore, denies the same.

5.

With respect to paragraph 5 of the Complaint, these allegations are directed to parties other than Westlake and no response is required of Westlake.  To the extent an answer is required of Westlake, all allegations are denied.

## FIRST COUNTERCLAIM

### (Bond Claim)

6.

Westlake is a California limited liability company with a principal place of business in California.

7.

Upon information and belief, Tower Insurance Company of New York ("Tower") is a New York corporation with its principal place of business in New York.  Tower is authorized to post surety bonds in Oregon.

8.

At all material times, Rose City Auto Group, LLC ("Rose City") was an Oregon limited liability company doing business as Rose City Auto Group.  Leonard M. Shiley ("Shiley") is a resident of Oregon and was at all material times the principal of Rose City. On or about May 15, 2013, Westlake and Tower entered into a Loan and Security Agreement, which was subject to an Addendum to Loan Security Agreement dated on or

DEFENDANT WESTLAKE FLOORING COMPANY, LLC DBA WESTLAKE FINANCIAL SERVICES' ANSWER, COUNTERCLAIM, AND CROSSCLAIMS

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191

about June 18, 2013 (collectively, the "Agreement").  The Agreement includes a
Promissory Note (the "Note") and an Individual Personal Guaranty (the "Guaranty")
signed by Shiley in favor of Westlake.  Attached hereto as Exhibit 1 is a true copy of the
Agreement.

9.

After execution of the Agreement and Guaranty, it came to Westlake's attention
that Rose City and Shiley committed fraud with respect to obligations to Westlake.  As a
result of this fraud, Westlake has a claim against the bond issued by Tower (Claim# 157-
323; Bond No. CSBCU1000927)(the "Claim").  Westlake filed an Affidavit of Claim on
or about February 14, 2014 for the total amount of $44,748.33, which was acknowledged
by Cinium Financial Services Corporation on behalf of Tower.  Attached hereto as
Exhibit 2 is a true copy of Westlake's Affidavit of Claim and relevant documents
substantiating its claim.

10.

Westlake is entitled to payment of its Claim out of any bond funds deposited with
the Court.

**FIRST CROSSCLAIM**

**(Breach of Agreement)**

11.

Westlake realleges paragraphs 6, 7, 8, 9, and 10.

12.

Rose City has breached the Agreement.  Westlake has been damaged in the
amount of $44,748.33.  Additionally, Westlake is entitled to its reasonable attorney fees
pursuant to paragraph 16 of the Agreement.  Finally, Westlake is entitled to prejudgment
and post-judgment interest at the statutory rate of 9% or, in the alternative, at the interest
rate provided by the Note and the Agreement.

Page 4     DEFENDANT WESTLAKE FLOORING COMPANY,
LLC DBA WESTLAKE FINANCIAL SERVICES'
ANSWER, COUNTERCLAIM, AND CROSSCLAIMS

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191

## SECOND CROSSCLAIM

### (Breach of Personal Guaranty)

13.

Westlake realleges paragraphs 6, 7, 8, 9, 10, and 12.

14.

As a personal guarantor, Shiley is personally liable for Rose City's liabilities under the Agreement.

## THIRD CROSSCLAIM

### (Fraud)

15.

Westlake realleges paragraphs 6, 7, 8, 9, 10, and 12, and 14.

16.

Shiley and Rose City have committed fraud against Westlake as outlined in the Claim.  Westlake has been damaged in the amount of $44,748.33.  Additionally, Westlake is entitled to its reasonable attorney fees pursuant to paragraph 16 of the Agreement.  Finally, Westlake is entitled to prejudgment and post-judgment interest at the statutory rate of 9% or, in the alternative, at the interest rate provided by the Note and the Agreement.

WHEREFORE, having fully answered the Complaint and allegations by plaintiff Tower in this matter, defendant Westlake prays for the following relief:

1.    That Tower take nothing pursuant to its Complaint and judgment be entered in favor of t Westlake;

2.    On Westlake's first counterclaim, for a judgment in the amount of its Claim;

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191

3.     On Westlake's first crossclaim, for a judgment against Rose City in the amount of its Claim including prejudgment and post-judgment interest, its costs and reasonable attorneys fees;

4.     On Westlake's second crossclaim, for a judgment against Shiley in the amount of its Claim including prejudgment and post-judgment interest, its costs and reasonable attorneys fees;

5.     On Westlake's third crossclaim, for a judgment against Rose City and Shiley in the amount of its Claim including prejudgment and post-judgment interest, its costs and reasonable attorneys fees;

6.     For Westlake's costs and disbursements; and

7.     For such further and additional relief as the Court deems just and equitable.


Dated this 8th day of October, 2014.

WHIPPLE & DUYCK, P.C.


By:    /s/ Daniel L. Duyck
       Daniel L. Duyck, OSB #972529
       Of Attorneys for Defendant
       Westlake Flooring Company, LLC dba
       Westlake Financial Services

Page 6    DEFENDANT WESTLAKE FLOORING COMPANY,
          LLC DBA WESTLAKE FINANCIAL SERVICES'
          ANSWER, COUNTERCLAIM, AND CROSSCLAIMS

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of October, 2014, I served the foregoing

DEFENDANT WESTLAKE FLOORING COMPANY, LLC DBA WESTLAKE FINANCIAL

SERVICES' ANSWER, COUNTERCLAIM, AND CROSSCLAIMS on the following:

Lawrence A. Wagner                        Michelle M Bertolino
Stewart Sokol & Gray LLC                  Farleigh Wada Witt
2300 SW First Ave, Suite 200             121 SW Morrison St Ste 600
Portland, OR 97201-0699                   Portland OR  97204

Of Attorneys for                          Of Attorneys for
Tower Insurance Company of New York      Unitus Community Credit Union

☐ by mailing a true and correct copy thereof by U.S. Postal Service, ordinary first class

mail, addressed to each attorney's last-known address and depositing in the U.S. mail at

Portland, Oregon, on the date set forth above;

☐ by mailing a true and correct copy thereof by U.S. Postal Service, certified mail,

return receipt requested, addressed to each attorney's last-known address and depositing in the

U.S. mail at Portland, Oregon, on the date set forth above;

☐ by causing a true and correct copy thereof to be hand-delivered to the above-

mentioned attorneys at each attorney's last-known office address on the date set forth above;

☐ by sending a true and correct copy thereof by overnight courier, addressed to each

attorney's last-known office address on the date set forth above;

☐ by delivering a true and correct copy thereof by electronic means [facsimile

transmission/e-mail], as provided in Fed. R. Civ. P. 5(b) (2) (E)

☒ via CM/ECF system

DATED this 8th day of October, 2014.

/s/ Daniel L. Duyck
Daniel L. Duyck, OSB #972529

WHIPPLE & DUYCK, P.C.
ATTORNEYS AT LAW
1500 SW FIRST AVE., SUITE 1170
PORTLAND, OR 97201
503.222.6004
503.222.6191