Lawrence A. Wagner, OSB #024770
lwagner@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Tower Insurance Company of New York*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TOWER INSURANCE COMPANY OF NEW YORK**, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ROSE CITY AUTO GROUP, LLC**, an Oregon limited liability company; **LEONARD M. SHILEY**, an individual; **TERESA BYLE**, an individual; **LOGAN DRIEDRIC**, an individual; **JOANNA STONER**, an individual; **STEPHEN STONER**, an individual; **LOVE MARTINO**, an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILBERT**, an individual; **TINA HARRAL**, an individual; **ROY WIEGAND**, an individual; **NATHAN LANGER**, an individual; **KAREN BERSINE**, an individual; **MELISSA STEVENS**, an individual; **TONY EDWARDS**, an individual; **DEBBIE RECKTANGLE**, an individual; **RODNEY JENKINS**, an individual; **STEPHEN SCHANTIN**, an individual; **BRITTANY LAWRENCE**, an individual; **MATT REED**, an individual; **SHERIAL REED**, an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT**, an individual; **BOBBY HEAGLE**, an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS**, an individual; **OREGON COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **TWINSTAR CREDIT UNION**, | Case No. 14-cv-00975-MO<br><br>**MOTION FOR ORDER OF INTERPLEADER DISCHARGING PLAINTIFF FROM FURTHER LIABILITY, AND FOR AN AWARD OF PLAINTIFF'S COSTS AND ATTORNEYS' FEES**<br><br>**ORAL ARGUMENT REQUESTED** |

MOTION FOR ORDER OF INTERPLEADER
DISCHARGING PLAINTIFF FROM FURTHER LIABILITY,
AND FOR AN AWARD OF PLAINTIFF'S COSTS AND
ATTORNEYS' FEES - PAGE 1

1591.001-01114961; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

a Washington nonprofit corporation; **LOBEL FINANCIAL CORPORATION**, a California corporation; **THE EQUITABLE FINANCE COMPANY**, an Oregon corporation; **UNITUS COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **WESTLAKE FLOORING COMPANY LLC, DBA WESTLAKE FLOORING SERVICES**, a California limited liability company; and **DOES 1-30**,

                Defendants.

Pursuant to Local Rule 7-1, Plaintiff's attorney certifies that he made a good faith effort to confer with all parties through personal or telephone conferences to resolve the issues in this motion and have been unable to do so.[1]

Plaintiff Tower Insurance Company of New York ("Tower") hereby moves the Court under Fed. R. Civ. P. 22, 28 U.S.C. §§ 1335 and 2361 for an order and judgment that: (1) directs Tower to deposit the penal sum of the Bond into the Court; (2) upon deposit of the Bond's penal sum into the Court, discharges Tower from further liability on its Bond, dismisses all pending claims against Tower related to the Bond with prejudice, and restrains all claimants from instituting or prosecuting any claim against Tower or the Bond in the future; and (3) awards Tower its costs and attorneys' fees incurred in this interpleader action. None of the defendants that Plaintiff was able to reach object to the relief sought herein.

///

///

///

---

[1] Plaintiff's counsel does not have telephone numbers for all defendants. Plaintiff's counsel called those parties for which he has phone numbers. Counsel left detailed voice messages for several defendants who did not call back. All defendants who responded said they have no objection to this motion.
1591.001-01114961; 1

MOTION FOR ORDER OF INTERPLEADER DISCHARGING PLAINTIFF FROM FURTHER LIABILITY, AND FOR AN AWARD OF PLAINTIFF'S COSTS AND ATTORNEYS' FEES - PAGE 2

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

In support of this Motion, Tower relies upon its Memorandum in Support of Tower's Motion for Order of Interpleader, the pleadings and files herein, and the Declaration of Lawrence A. Wagner.

DATED this 10th day of October, 2014.

           STEWART SOKOL & LARKIN LLC

           By: *s/ Lawrence A. Wagner*
             Lawrence A. Wagner, OSB #024770
             lwagner@lawssl.com
             *Attorneys for Plaintiff Tower Insurance Company of New York*

MOTION FOR ORDER OF INTERPLEADER DISCHARGING PLAINTIFF FROM FURTHER LIABILITY, AND FOR AN AWARD OF PLAINTIFF'S COSTS AND ATTORNEYS' FEES - PAGE 3

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

1591.001-01114961; 1

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION FOR ORDER OF INTERPLEADER DISCHARGING PLAINTIFF FROM FURTHER LIABILITY, AND FOR AN AWARD OF PLAINTIFF'S COSTS AND ATTORNEYS' FEES** on:

Michelle M. Bertolino
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
  Attorneys for Defendant Unitus
  Community Credit Union

Daniel L. Duyck
Whipple & Duyck PC
1500 SW 1st Avenue, Suite 1170
Portland, Oregon 97201
  Attorneys for Defendant Westlake Flooring
  Company LLC dba Westlake Flooring
  Services

by the following indicated method or methods:

✓ by **E-filing** a full, true and correct copy thereof to the attorney at the electronic mail address reflected on the court's CM/ECF system, on the date set forth below; and on

Teresa L. Byle
3101 Colony Mountain Lane
Bow, Washington 98232

Karen Bersine
1256 Avenue A, Apartment A
Seaside, Oregon 97138

Logan Driedric
1325 SE 85th Avenue
Portland, Oregon 97216

The Equitable Finance Company
Attention: Karin Spruance
4124 SE 82nd Avenue, Suite 650
Portland, Oregon 97266

Jonathan Gilbert
2778 Cambridge Street
West Linn, Oregon 97068

Tina Harral
7995 SE Otty Street
Portland, Oregon 97222

Cameron Johnson
8906 SE Market Street
Portland, Oregon 97216

Nathan Langer
625 NE Country Club Avenue
Gresham, Oregon 97030

Love Martino
2308 SE 110th Avenue
Portland, Oregon 97216

Love Martino
1161 SE Boise Street
Portland, Oregon 97266

Rose City Auto Group, LLC
c/o Leonard M. Shiley, Member and
Registered Agent
7717 SW Greenwood Drive
Portland, Oregon 97223

Thomas M. Orr
Hutchinson Cox Coons Orr & Sherlock
Post Office Box 10886
Eugene, Oregon 97440
  Attorneys for Defendant Oregon
  Community Credit Union

Lobel Financial Corporation
Attention: Gary Dean Lobel
1150 North Magnolia Avenue
Anaheim, California 92801

Rachel Schantin
10180 SW Nez Perce Drive
Culver, Oregon 97734


CERTIFICATE OF SERVICE - 1

1591.001-01114961; 1

Stewart Sokol & Larkin LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Leonard M. Shiley
7717 SW Greenwood Drive
Portland, Oregon 97223

Joanna Stoner
Post Office Box 381
Onalaska, Washington 98570

Stephen Stoner
Post Office Box 381
Onalaska, Washington 98570

Anan Srivilai
8509 NE Thompson Street
Portland, Oregon 97220

James P. Laurick
Kilmer Voorhees & Laurick PC
732 NW 19th Avenue
Portland, Oregon 97209
  Attorneys for Defendant Twinstar
  Credit Union

by the following indicated method or methods:

✓  by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 10th day of October, 2014.

 

*s/ Lawrence A. Wagner*
Lawrence A. Wagner, OSB #024770
lwagner@lawssl.com
*Attorneys for Plaintiff Tower Insurance Company of New York*

CERTIFICATE OF SERVICE - 2

1591.001-01114961; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706