Lawrence A. Wagner, OSB #024770
lwagner@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Tower Insurance Company of New York*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TOWER INSURANCE COMPANY OF NEW YORK**, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ROSE CITY AUTO GROUP, LLC**, an Oregon limited liability company; **LEONARD M. SHILEY**, an individual; **TERESA BYLE**, an individual; **LOGAN DRIEDRIC**, an individual; **JOANNA STONER**, an individual; **STEPHEN STONER**, an individual; **LOVE MARTINO**, an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILBERT**, an individual; **TINA HARRAL**, an individual; **ROY WIEGAND**, an individual; **NATHAN LANGER**, an individual; **KAREN BERSINE**, an individual; **MELISSA STEVENS**, an individual; **TONY EDWARDS**, an individual; **DEBBIE RECKTANGLE**, an individual; **RODNEY JENKINS**, an individual; **STEPHEN SCHANTIN**, an individual; **BRITTANY LAWRENCE**, an individual; **MATT REED**, an individual; **SHERIAL REED**, an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT**, an individual; **BOBBY HEAGLE**, an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS**, an individual; **OREGON COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **TWINSTAR CREDIT UNION**, a Washington nonprofit corporation; **LOBEL** | Case No. 14-cv-00975-MO<br><br>**MOTION TO WITHDRAW FUNDS** |

MOTION TO WITHDRAW FUNDS - PAGE 1

1591.001-01137867; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

**FINANCIAL CORPORATION**, a California corporation; **THE EQUITABLE FINANCE COMPANY**, an Oregon corporation; **UNITUS COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **WESTLAKE FLOORING COMPANY LLC, DBA WESTLAKE FLOORING SERVICES**, a California limited liability company; and **DOES 1-30**,

Defendants.

## MOTION

Plaintiff Tower Insurance Company of New York ("Plaintiff") moves the court for an order to withdraw the sum of $12,170.42 from the $40,000 Bond Proceeds that Plaintiff deposited into the Court's registry fund.

## MEMORANDUM IN SUPPORT OF MOTION

On or about December 15, 2014, this Court entered an Order to Deposit Funds (Docket # 35). In conformance with that Order, Plaintiff deposited the sum of $40,000 into the Court's registry.

On November 20, 2014, this Court entered an Order for Interpleader Discharging Plaintiff from Further Liability, and for an Award of Plaintiff's Costs and Attorney Fees. (Docket # 32). In that order, the Court ruled that "Tower shall be allowed to recover from the Bond Proceeds the sum of $12,170.42 … The clerk of the court is hereby directed to disburse from the registry of the court, the sums awarded to Tower." In conformance with that order, Plaintiff now files this Motion to Withdraw Funds from the Court's registry, pursuant to Local Rule 67-3.

At this time, Plaintiff does not request any additional withdrawals from the $40,000 Bond Proceeds. With regard to the remainder of the funds deposited into the Court's registry, Plaintiff requests that the Court ascertain who of the Claimants on the Bond have established valid claims against the Bond (if any) and determine what share

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

of the Bond Proceeds each claimant is entitled to receive (if any).  If any funds remain after all valid claims have been paid, then Plaintiff will request that such funds be returned to Plaintiff via a supplemental Motion to Withdraw.

DATED this 17th day of December, 2014.

                          STEWART SOKOL & LARKIN LLC

                    By: *s/ Lawrence A. Wagner*
                        Lawrence A. Wagner, OSB #024770
                        lwagner@lawssl.com
                        *Attorneys for Plaintiff Tower Insurance Company of New York*

MOTION TO WITHDRAW FUNDS - PAGE 3

1591.001-01137867; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION TO DEPOSIT FUNDS** on:

| | |
|---|---|
| Michelle M. Bertolino<br>Farleigh Wada Witt<br>121 SW Morrison Street, Suite 600<br>Portland, Oregon 97204<br>  Attorneys for Defendant Unitus<br>  Community Credit Union | Daniel L. Duyck<br>Whipple & Duyck PC<br>1500 SW 1st Avenue, Suite 1170<br>Portland, Oregon 97201<br>  Attorneys for Defendant Westlake Flooring<br>  Company LLC dba Westlake Flooring<br>  Services |

by the following indicated method or methods:

  ✓   by **E-filing** a full, true and correct copy thereof to the attorney at the electronic mail address reflected on the court's CM/ECF system, on the date set forth below; and on

| | |
|---|---|
| Teresa L. Byle<br>3101 Colony Mountain Lane<br>Bow, Washington 98232 | Karen Bersine<br>1256 Avenue A, Apartment A<br>Seaside, Oregon 97138 |
| Logan Driedric<br>1325 SE 85th Avenue<br>Portland, Oregon 97216 | The Equitable Finance Company<br>Attention: Karin Spruance<br>4124 SE 82nd Avenue, Suite 650<br>Portland, Oregon 97266 |
| Jonathan Gilbert<br>2778 Cambridge Street<br>West Linn, Oregon 97068 | Tina Harral<br>7995 SE Otty Street<br>Portland, Oregon 97222 |
| Cameron Johnson<br>8906 SE Market Street<br>Portland, Oregon 97216 | Nathan Langer<br>625 NE Country Club Avenue<br>Gresham, Oregon 97030 |
| Love Martino<br>2308 SE 110th Avenue<br>Portland, Oregon 97216 | Love Martino<br>1161 SE Boise Street<br>Portland, Oregon 97266 |
| Rose City Auto Group, LLC<br>c/o Leonard M. Shiley, Member and<br>Registered Agent<br>7717 SW Greenwood Drive<br>Portland, Oregon 97223 | Thomas M. Orr<br>Hutchinson Cox Coons Orr & Sherlock<br>Post Office Box 10886<br>Eugene, Oregon 97440<br>  Attorneys for Defendant Oregon<br>  Community Credit Union |
| Lobel Financial Corporation<br>Attention:  Gary Dean Lobel<br>1150 North Magnolia Avenue<br>Anaheim, California 92801 | Rachel Schantin<br>10180 SW Nez Perce Drive<br>Culver, Oregon 97734 |
CERTIFICATE OF SERVICE - 1

1591.001-01137867; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

Leonard M. Shiley
7717 SW Greenwood Drive
Portland, Oregon 97223

Joanna Stoner
Post Office Box 381
Onalaska, Washington 98570

Stephen Stoner
Post Office Box 381
Onalaska, Washington 98570

Anan Srivilai
8509 NE Thompson Street
Portland, Oregon 97220

James P. Laurick
Kilmer Voorhees & Laurick PC
732 NW 19th Avenue
Portland, Oregon 97209
  Attorneys for Defendant Twinstar
  Credit Union

by the following indicated method or methods:

  ✓  by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 17th day of December, 2014.

                  *s/ Lawrence A. Wagner*
                  Lawrence A. Wagner, OSB #024770
                  lwagner@lawssl.com
                  *Attorneys for Plaintiff Tower Insurance Company of New York*

CERTIFICATE OF SERVICE - 2

1591.001-01137867; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706