Lawrence A. Wagner, OSB #024770
lwagner@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Tower Insurance Company of New York*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TOWER INSURANCE COMPANY OF NEW YORK**, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ROSE CITY AUTO GROUP, LLC**, an Oregon limited liability company; **LEONARD M. SHILEY**, an individual; **TERESA BYLE**, an individual; **LOGAN DRIEDRIC**, an individual; **JOANNA STONER**, an individual; **STEPHEN STONER**, an individual; **LOVE MARTINO**, an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILBERT**, an individual; **TINA HARRAL**, an individual; **ROY WIEGAND**, an individual; **NATHAN LANGER**, an individual; **KAREN BERSINE**, an individual; **MELISSA STEVENS**, an individual; **TONY EDWARDS**, an individual; **DEBBIE RECKTANGLE**, an individual; **RODNEY JENKINS**, an individual; **STEPHEN SCHANTIN**, an individual; **BRITTANY LAWRENCE**, an individual; **MATT REED**, an individual; **SHERIAL REED**, an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT**, an individual; **BOBBY HEAGLE**, an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS**, an individual; **OREGON COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **TWINSTAR CREDIT UNION**, a Washington nonprofit corporation; **LOBEL** | Case No. 14-cv-00975-MO<br><br>**ORDER TO WITHDRAW FUNDS AND DISBURSE**<br>**(Treasury Registry Funds)** |

ORDER TO WITHDRAW FUNDS AND DISBURSE -
PAGE 1

1591.001-01137868; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

**FINANCIAL CORPORATION**, a California
corporation; **THE EQUITABLE FINANCE
COMPANY**, an Oregon corporation; **UNITUS
COMMUNITY CREDIT UNION**, an Oregon
non-profit entity; **WESTLAKE FLOORING
COMPANY LLC, DBA WESTLAKE
FLOORING SERVICES**, a California limited
liability company; and **DOES 1-30**,

Defendants.

Funds in the amount of $40,000.00 were previously deposited with the Court

pursuant to the Court's Order to Deposit Funds (Docket # 35). These funds were

deposited into the Court's treasury registry fund.

In accordance with Order to Deposit Funds (Docket # 35), entered on December

15, 2014, the funds previously deposited with the Clerk of the Court shall be withdrawn

and disbursed as follows:

1. **Payments:**

The sum of $12,170.42 shall be withdrawn from the registry fund, without any

registry fee. Such sum shall be paid to Tower Insurance Company of New York, and

shall be transmitted by U.S. Mail to Lawrence A. Wagner, Stewart Sokol & Larkin, LLC,

2300 SW First Avenue, #200, Portland, Oregon, 97201, as attorney of record for Tower

Insurance Company of New York.

The Clerk of the Court shall hold the remainder of the $40,000 that was

deposited pending further order of the Court. If any of the Bond Proceeds remain in the

Court's registry after the Court's award of valid bond claims to defendants (if any such

awards occur), then Tower Insurance Company of New York shall have leave to seek a

refund of the balance of the Bond Proceeds.

The Clerk of Court, through the Financial Administrator, has pre-approved the

form of this order pursuant to LR 67-3(b).

ORDER TO WITHDRAW FUNDS AND DISBURSE -
PAGE 2

1591.001-01137868; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk

of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

DATED this 18 day of Dec. , 2014.

_____
Honorable Michael W. Mosman
United States District Court Judge

Submitted by:

**LAWRENCE A. WAGNER**
OSB #02477
**STEWART SOKOL & LARKIN, LLC**
2300 SW First Avenue, Suite 200
Portland, Oregon 97201
Telephone: (503) 221-0699
  **Of Attorneys for Plaintiff**
  **Tower Insurance Company of New York**

---

For Court Use Only

---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court


_____
By:  Financial Administrator


ORDER TO WITHDRAW FUNDS AND DISBURSE -
PAGE 3

1591.001-01137868; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **ORDER TO WITHDRAW FUNDS AND DISBURSE** on:

Michelle M. Bertolino
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
  Attorneys for Defendant Unitus
  Community Credit Union

Daniel L. Duyck
Whipple & Duyck PC
1500 SW 1st Avenue, Suite 1170
Portland, Oregon 97201
  Attorneys for Defendant Westlake Flooring
  Company LLC dba Westlake Flooring
  Services

by the following indicated method or methods:

   ✓  by **E-filing** a full, true and correct copy thereof to the attorney at the electronic
      mail address reflected on the court's CM/ECF system, on the date set forth below;
      and on

Teresa L. Byle
3101 Colony Mountain Lane
Bow, Washington 98232

Karen Bersine
1256 Avenue A, Apartment A
Seaside, Oregon 97138

Logan Driedric
1325 SE 85th Avenue
Portland, Oregon 97216

The Equitable Finance Company
Attention: Karin Spruance
4124 SE 82nd Avenue, Suite 650
Portland, Oregon 97266

Jonathan Gilbert
2778 Cambridge Street
West Linn, Oregon 97068

Tina Harral
7995 SE Otty Street
Portland, Oregon 97222

Cameron Johnson
8906 SE Market Street
Portland, Oregon 97216

Nathan Langer
625 NE Country Club Avenue
Gresham, Oregon 97030

Love Martino
2308 SE 110th Avenue
Portland, Oregon 97216

Love Martino
1161 SE Boise Street
Portland, Oregon 97266

Rose City Auto Group, LLC
c/o Leonard M. Shiley, Member and
Registered Agent
7717 SW Greenwood Drive
Portland, Oregon 97223

Thomas M. Orr
Hutchinson Cox Coons Orr & Sherlock
Post Office Box 10886
Eugene, Oregon 97440
  Attorneys for Defendant Oregon
  Community Credit Union

Lobel Financial Corporation
Attention: Gary Dean Lobel
1150 North Magnolia Avenue
Anaheim, California 92801

Rachel Schantin
10180 SW Nez Perce Drive
Culver, Oregon 97734

CERTIFICATE OF SERVICE - 1

1591.001-01137868; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Leonard M. Shiley
7717 SW Greenwood Drive
Portland, Oregon 97223

Joanna Stoner
Post Office Box 381
Onalaska, Washington 98570

Stephen Stoner
Post Office Box 381
Onalaska, Washington 98570

Anan Srivilai
8509 NE Thompson Street
Portland, Oregon 97220

James P. Laurick
Kilmer Voorhees & Laurick PC
732 NW 19th Avenue
Portland, Oregon 97209
  Attorneys for Defendant Twinstar
  Credit Union

by the following indicated method or methods:

__✓__    by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 17th day of December, 2014.

s/ Lawrence A. Wagner
Lawrence A. Wagner, OSB #024770
lwagner@lawssl.com
Attorneys for Plaintiff Tower Insurance
Company of New York

CERTIFICATE OF SERVICE - 2

1591.001-01137868; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706