Lawrence A. Wagner, OSB #024770
lwagner@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Tower Insurance Company of New York*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TOWER INSURANCE COMPANY OF NEW YORK**, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>**ROSE CITY AUTO GROUP, LLC**, an Oregon limited liability company; **LEONARD M. SHILEY**, an individual; **TERESA BYLE**, an individual; **LOGAN DRIEDRIC**, an individual; **JOANNA STONER**, an individual; **STEPHEN STONER**, an individual; **LOVE MARTINO**, an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILBERT**, an individual; **TINA HARRAL**, an individual; **ROY WIEGAND**, an individual; **NATHAN LANGER**, an individual; **KAREN BERSINE**, an individual; **MELISSA STEVENS**, an individual; **TONY EDWARDS**, an individual; **DEBBIE RECKTANGLE**, an individual; **RODNEY JENKINS**, an individual; **STEPHEN SCHANTIN**, an individual; **BRITTANY LAWRENCE**, an individual; **MATT REED**, an individual; **SHERIAL REED**, an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT**, an individual; **BOBBY HEAGLE**, an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS**, an individual; **OREGON COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **TWINSTAR CREDIT UNION**, a Washington nonprofit corporation; **LOBEL** | Case No. 14-cv-00975-MO<br><br>**MOTION REGARDING RESOLUTION OF CLAIMS AND FINAL DISBURSEMENT OF FUNDS** |

MOTION REGARDING RESOLUTION OF CLAIMS
AND FINAL DISBURSEMENT OF FUNDS - PAGE 1

1591.001-01160567; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

**FINANCIAL CORPORATION**, a California corporation; **THE EQUITABLE FINANCE COMPANY**, an Oregon corporation; **UNITUS COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **WESTLAKE FLOORING COMPANY LLC, DBA WESTLAKE FLOORING SERVICES**, a California limited liability company; and **DOES 1-30**,

                    Defendants.

## MOTION

Plaintiff Tower Insurance Company of New York ("Plaintiff") moves the court for an order that resolves all claims filed against the Bond Proceeds filed with this Court and for an Order that provides for the disbursement of all the remaining Bond Proceeds held by the Court.

## MEMORANDUM IN SUPPORT OF MOTION

### I.  Introduction

Plaintiff filed this case due to the significant number of claims it received against the Bond at issue in this case, and the size of such claims. The Bond's penal sum was $40,000. On or about December 15, 2014, this Court entered an Order to Deposit Funds (Docket # 35). In conformance with that Order, Plaintiff deposited the sum of $40,000 into the Court's registry.

On November 20, 2014, this Court entered an Order for Interpleader Discharging Plaintiff from Further Liability, and for an Award of Plaintiff's Costs and Attorney Fees. (Docket # 32). In that order, the Court ruled that "Tower shall be allowed to recover from the Bond Proceeds the sum of $12,170.42 … The clerk of the court is hereby directed to disburse from the registry of the court, the sums awarded to Tower." In conformance with that order and a subsequent motion to disburse, the Court Clerk disbursed the sum of $12,170.42 to Plaintiff. There remains in the Court's registry the

MOTION REGARDING RESOLUTION OF CLAIMS
AND FINAL DISBURSEMENT OF FUNDS - PAGE 2

1591.001-01160567; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

sum of $27,829.58 that should be disbursed to pay legitimate claims against the Bond Proceeds or returned to Plaintiff.

## II.   Disposition of Parties Who Have Not Appeared

On March 2, 2015, the Court ordered that "All parties have been served or waived formal service, and the time to appear in this matter has passed."  Docket # 48. In Docket Item 49, the Court then "entered" the defaults referenced in Docket Item 49. It appears the Court did not default all defendants who have failed to appear.  For instance, Defendants Teresa Byle, Logan Driedric, Anan Srivilai, Tina Harral, Nathan Langer, Karen Bersine, Lobel Financial Corporation, The Equitable Finance Company, Rose City Auto Group, LLC and Leonard Shiley are not mentioned in either Docket Item 48 or Docket Item 49.[1]  Defendant Rachel Schantin was mentioned in Docket Item 48, but not in Docket Item 49.  These parties have all failed to appear within the time allowed, and it seems appropriate for the Court to default these parties as well, so that this matter can be concluded.[2]

## III.  Resolution of Claims

Despite numerous contacts from various claimants indicating that they will file claims with the court,[3] and documents to indicate the potential of numerous additional claims, it seems that only seven claims have been filed against the Bond Proceeds and that there will be funds remaining after the resolution of claims to return to Plaintiff.

---

[1] Plaintiff already obtained a default order and judgment against Defendants Rose City Auto Group, LLC and Leonard Shiley on Plaintiff's second claim for relief, but did not seek a default against these defendants in connection with the interpleader claim.

[2] Plaintiff's goal in this case was to make the funds available to these claimants and does not intend to actively seek the defaults against any party who wants to make a claim, but the time to appear and assert a claim has long expired.

[3] As recently as February 18, 2015, Claimant Nathan Langer indicated an intent to file a claim for approximately $8,000.  As of March 2, 2015, Mr. Langer's counsel (Ethan Chatov) informed the undersigned that Mr. Langer does not intend to file a claim.

MOTION REGARDING RESOLUTION OF CLAIMS
AND FINAL DISBURSEMENT OF FUNDS - PAGE 3

1591.001-01160567; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

Plaintiff hereby requests that the Court resolve all the pending claims and that the Court enter an order that provides for the disbursement of: (a) any awarded claims to the respective claimant(s) (in a pro-rata portion of the claims or in any other equitable amount, if necessary, due to a lack of sufficient funds to pay all valid claims); and (b) any balance of the Bond Proceeds to Plaintiff.

Plaintiff presents the following items that may be relevant for the Court in analyzing the pending claims:

### A. The Standard for Claims Against the Bond

ORS 822.030(2) provides for the basis of a claim against a motor vehicle dealer bond such as the subject Bond.

> Any person shall have a right of action against a vehicle dealer, against the surety on the vehicle dealer's bond and against the letter of credit in the person's own name if the person suffers any loss or damage by reason of the vehicle dealer's fraud, fraudulent representations or violations of provisions of the vehicle code relating to:
> (a) Vehicle registration;
> (b) Vehicle permits;
> (c) The transfer or alteration of vehicles; or
> (d) The regulation of vehicle dealers.

### B. All Claims by Persons "Other than Retail Customers" are Limited to a Total of $20,000.

It appears that Joanna and Stephen Stoner are the only "retail customers" to have filed claims against the Bond Proceeds. All the remaining claimants are "other than retail customers." This is important because all claims "by persons other than retail customers of the dealer" are limited to a total of $20,000 from the Bond Proceeds. ORS 822.030(3).

Plaintiff will leave it to the Court and the other parties to ascertain whether the reduction in the Bond Proceeds by way of disbursement to Plaintiff should reduce the

MOTION REGARDING RESOLUTION OF CLAIMS
AND FINAL DISBURSEMENT OF FUNDS - PAGE 4

1591.001-01160567; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

$20,000 portion of the Bond Proceeds that is available to non-retail consumers and retail consumers equally, whether the payment to Plaintiff will reduce the two portions of the Bond proceeds in a pro-rata manner, or otherwise.

### C. Are the Non-Consumer Claims Valid?

Lenders, such as the non-consumer claimants in this case will often assert that a dealer's failure to pay off a loan or clear title supports a claim under ORS 822.030(2). However, there are certainly limitations to such claims. For instance, see ORS 822.045(2), which provides that "A dealer shall not be considered to have committed the offense described in subsection (1)(j) of this section if the dealer fails to satisfy an interest in a vehicle or camper that arises from an inventory financing security interest for which the dealer is the debtor." There is also Oregon case law that explains the limitations of lenders' claims against a motor vehicle dealer bond. See, e.g., *Brasher's Cascade Auto Auction, Inc. v. Leon*, 247 Or App 535 (2011); and the summary judgment briefing and order in Oregon Circuit Court for Multnomah County, Case No. 0005-04358 (*Brasher's Cascade Auto Auction v. McCarty*).

///

///

///

///

///

///

///

MOTION REGARDING RESOLUTION OF CLAIMS
AND FINAL DISBURSEMENT OF FUNDS - PAGE 5

1591.001-01160567; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## IV. Final Distributions and Case Closure

Upon the Court's final determination as to which claims are timely and valid, the Court should enter an order to disburse: (a) the amount of any awarded claims to the respective claimant(s) (in a pro-rata portion of the claims or in any other equitable amount, if necessary, due to a lack of sufficient funds to pay all valid claims); and (b) any balance of the Bond Proceeds to Plaintiff.[4]

DATED this 5th day of March, 2015.

STEWART SOKOL & LARKIN LLC

By: *s/ Lawrence A. Wagner*
    Lawrence A. Wagner, OSB #024770
    lwagner@lawssl.com
    *Attorneys for Plaintiff Tower Insurance Company of New York*

---

[4] Even if all filed claims are granted, there should be funds to return to Plaintiff given the limit on non-retail customer claims ($20,000 total), and the limited sum of the sole retail customer claim (which the undersigned understands is approximately $900-$1,000 based on communications with the claimant as of March 5, 2015 and previous communications).

MOTION REGARDING RESOLUTION OF CLAIMS AND FINAL DISBURSEMENT OF FUNDS - PAGE 6

1591.001-01160567; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION REGARDING RESOLUTION OF CLAIMS AND FINAL DISBURSEMENT OF FUNDS** on:

Michelle M. Bertolino
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
  Attorneys for Defendant Unitus
  Community Credit Union

Daniel L. Duyck
Whipple & Duyck PC
1500 SW 1st Avenue, Suite 1170
Portland, Oregon 97201
  Attorneys for Defendant Westlake Flooring
  Company LLC dba Westlake Flooring
  Services

James P. Laurick
Kilmer Voorhees & Laurick PC
732 NW 19th Avenue
Portland, Oregon 97209
  Attorneys for Defendant Twinstar
  Credit Union

Thomas M. Orr
Hutchinson Cox Coons Orr & Sherlock
Post Office Box 10886
Eugene, Oregon 97440
  Attorneys for Defendant Oregon
  Community Credit Union

by the following indicated method or methods:

  ✓  by **E-filing** a full, true and correct copy thereof to the attorney at the electronic mail address reflected on the court's CM/ECF system, on the date set forth below; and on

Teresa L. Byle
3101 Colony Mountain Lane
Bow, Washington 98232

Karen Bersine
1256 Avenue A, Apartment A
Seaside, Oregon 97138

Logan Driedric
1325 SE 85th Avenue
Portland, Oregon 97216

The Equitable Finance Company
Attention: Karin Spruance
4124 SE 82nd Avenue, Suite 650
Portland, Oregon 97266

Jonathan Gilbert
2778 Cambridge Street
West Linn, Oregon 97068

Tina Harral
7995 SE Otty Street
Portland, Oregon 97222

Cameron Johnson
8906 SE Market Street
Portland, Oregon 97216

Nathan Langer
625 NE Country Club Avenue
Gresham, Oregon 97030

Love Martino
2308 SE 110th Avenue
Portland, Oregon 97216

Love Martino
1161 SE Boise Street
Portland, Oregon 97266

CERTIFICATE OF SERVICE - 1

1591.001-01160567; 1

Stewart Sokol & Larkin LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

| | |
|---|---|
| Rose City Auto Group, LLC<br>c/o Leonard M. Shiley, Member and<br>Registered Agent<br>7717 SW Greenwood Drive<br>Portland, Oregon 97223 | Ethan Chatov<br>Chatov Law LLC<br>1220 NW Eastman Pkwy<br>Gresham, Oregon 97030<br>   Attorneys for Defendant Nathan Langer |
| Lobel Financial Corporation<br>Attention:  Gary Dean Lobel<br>1150 North Magnolia Avenue<br>Anaheim, California 92801 | Rachel Schantin<br>10180 SW Nez Perce Drive<br>Culver, Oregon 97734 |
| Leonard M. Shiley<br>7717 SW Greenwood Drive<br>Portland, Oregon 97223 | Joanna Stoner<br>Post Office Box 381<br>Onalaska, Washington 98570 |
| Stephen Stoner<br>Post Office Box 381<br>Onalaska, Washington 98570 | Anan Srivilai<br>8509 NE Thompson Street<br>Portland, Oregon 97220 |

by the following indicated method or methods:

  √   by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 5th day of March, 2015.

                                       *s/ Lawrence A. Wagner*
                                       Lawrence A. Wagner, OSB #024770
                                       lwagner@lawssl.com
                                       *Attorneys for Plaintiff Tower Insurance*
                                       *Company of New York*

CERTIFICATE OF SERVICE - 2

1591.001-01160567; 1

Stewart Sokol & Larkin LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706