Vincent L. Sliwoski, OSB #105063
vsliwoski@fwwlaw.com
Michelle M. Bertolino, OSB #912130
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Unitus Community Credit Union

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TOWER INSURANCE COMPANY OF NEW YORK**, a New York corporation,

Plaintiff,

v.

**ROSE CITY AUTO GROUP, LLC**, an Oregon limited liability company; **LEONARD M. SHILEY**, an individual; **TERESA BYLE**, an individual; **LOGAN DRIEDRIC**, an individual; **JOANNA STONER**, an individual; **STEPHEN STONER**, an individual; **LOVE MARTINO**, an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILBERT**, an individual; **TINA HARRAL**, an individual; **ROY WIEGAND**, an individual; **NATHAN LANGER**, an individual; **KAREN BERSINE**, an individual; **MELISSA STEVENS**, an individual; **TONY EDWARDS**, an individual; **DEBBIE RECKTANGLE**, an individual; **RODNEY JENKINS**, an individual; **STEPHEN SCHANTIN**, an individual; **BRITTANY LAWRENCE**, an individual; **MATT REED**, an individual; **SHERIAL REED**, an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT**, an individual; **BOBBY HEAGLE**, an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS**, an individual; **OREGON COMMUNITY**

Case No. 3:14-cv-00975-MO

DEFENDANT UNITUS COMMUNITY CREDIT UNION'S AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S (AND WESTLAKE'S) MOTION REGARDING RESOLUTION OF CLAIMS AND FINAL DISBURSEMENT OF FUNDS

**CREDIT UNION**; an Oregon non-profit entity, **TWINSTAR CREDIT UNION**, a Washington nonprofit corporation; **LOBEL FINANCIAL CORPORATION**, a California corporation; **THE EQUITABLE FINANCE COMPANY**, an Oregon corporation; **UNITUS COMMUNITY CREDIT UNION**, an Oregon non-profit entity; **WESTLAKE FLOORING COMPANY LLC**, a California limited liability company; and **DOES 1-30**,

Defendants.

_____

       Defendant Unitus Community Credit Union hereby joins in the arguments made in Defendant Twinstar Credit Union's Amended and Supplemental Response to Plaintiff's (And Westlake's) Motion Regarding Resolution of Claims and Final Disbursement of Funds (Dkt. #70), and joins in the proposed distribution and the alternative proposed distribution offered therein.

       DATED this 26th day of March, 2015

                       FARLEIGH WADA WITT

                       By: /s/ Vincent Sliwoski
                           Vincent L. Sliwoski, OSB #105063
                           (503) 228-6044
                           vsliwoski@fwwlaw.com
                           Attorneys for Unitus Community Credit Union

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2015, I electronically filed the foregoing **DEFENDANT UNITUS COMMUNITY CREDIT UNION'S AMENDED AND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S (AND WESTLAKE'S) MOTION REGARDING RESOLUTION OF CLAIMS AND FINAL DISBURSEMENT OF FUNDS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence A. Wagner
Stewart Sokol & Gray LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
lwagner@lawssg.com
    Of Attorneys for Plaintiff

Thomas M. Orr
Hutchinson Cox Coons et al.
P.O. Box 10886
Eugene, OR  97440
torr@eugene-law.com
    Of Attorneys for Oregon Community
    Credit Union

James P. Laurick
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Ave
Portland, OR  97209
jlaurick@kilmerlaw.com
    Of Attorneys for Twinstar Credit Union

Daniel L. Duyck
Whipple & Duyck, P.C.
1500 SW First Ave Suite 1170
Portland, OR  97201
dduyck@whippleduyck.com
    Of Attorneys for Westlake Flooring
    Company LLC

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Joanna Stoner, Stephen Stoner, P.O. Box 381, Onalaska, WA 98570.

FARLEIGH WADA WITT

By:  /s/ Vincent L. Sliwoski, OSB #105063
    Attorneys for Defendant Unitus
    Community Credit Union
    121 SW Morrison St., Suite 600
    Portland, Oregon 97204
    (503) 228-6044 (phone)
    (503) 228-1741 (fax)
    vsliwoski@fwwlaw.com
    7

Page  1 – CERTIFICATE OF SERVICE