IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TOWER INSURANCE COMPANY OF NEW YORK,** a New York corporation, | Case No. 3:14-cv-00975-MO |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| **ROSE CITY AUTO GROUP, LLC,** an Oregon limited liability company; **LEONARD M. SHILEY,** an individual; **TERESA BYLE,** an individual; **LOGAN DRIEDRIC,** an individual; **JOANNA STONER**, an individual; **STEPHEN STONER,** an individual; **LOVE MARTINO,** an individual; **ANAN SRIVILAI**, an individual; **CAMERON JOHNSON**, an individual; **JONATHAN GILBERT,** an individual; **TINA HARRAL,** an individual; **ROY WIEGAND,** an individual; **NATHAN LANGER,** an individual; **KAREN BERSINE,** an individual; **MELISSA STEVENS,** an individual; **TONY EDWARDS,** an individual; **DEBBIE RECKTANGLE,** an individual; **RODNEY JENKINS,** an individual; **STEPHEN SCHANTIN,** an individual; **BRITTANY LAWRENCE,** an individual; **MATT REED,** an individual; **SHERIAL REED,** an individual; **RACHEL SCHANTIN**, an individual; **EZEKIAL HUNT,** an individual; **BOBBY HEAGLE,** an individual; **LANEY BLANKENSHIP**, an individual; **LONNEY FRANCIS,** an individual; **OREGON COMMUNITY CREDIT UNION,** an Oregon non-profit entity; **TWINSTAR CREDIT UNION,** | |
| Defendants. | |

//

1 – OPINION AND ORDER

**MOSMAN, J.**,

On April 19, 2015, Westlake Flooring Company ("Westlake") filed a Motion for Reconsideration [90]. I am persuaded that, based on Westlake's prior cross-claims against Defendants Leonard M. Shiley and Rose City Auto Group, LLC, Weslake is entitled to their requested default judgment [84] in the amount of $2,524.52 and attorney fees [88] in the amount of $7,321.00. It is important to note that the default judgment this court is issuing can only be collected against Defendants Leonard M. Shiley and Rose City Auto Group, LLC, based on the default motion [72] this court granted in Westlake's favor, which is separate from the interpleader action.

Therefore, for the reasons stated above, I GRANT Westlake's Motion for Reconsideration [90] and revise my prior rulings by GRANTING Westlake's motions for attorney fees [88] and default judgment [84]. IT IS SO ORDERED.

DATED this 20th day of August, 2015.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER